NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVENKO IVANCEVIC,<br><br>        Plaintiff,<br><br>        v.<br><br>JEANNE M. KENT, in her official capacity as Director of Las Vegas Field Office of United States Citizenship and Immigration Services, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        Defendants. | Case No. 2:19-cv-00376-JCM-NJK<br><br>**Joint Stipulation and Order of Dismissal Without Prejudice** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-entitled case shall be voluntarily dismissed without prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 8th day of April 2019.

| | |
|---|---|
| LAW OFFICE OF ALEXANDER R. VAIL, L.L.C.<br><br>*/s/ Alexander R. Vail*<br>ALEXANDER R. VAIL<br>2850 West Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | NICHOLAS A. TRUTANICH<br>United States Attorney<br><br>*/s/ Brian W. Irvin*<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: April 8, 2019